# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA REBECCA SALAZAR,<br>    Plaintiff(s),<br>v.<br>DIAMOND RESORTS CENTRALIZED SERVICES COMPANY,<br>    Defendant(s). | Case No. 2:25-cv-01060-JAD-NJK<br><br>**Scheduling Order**<br><br>[Docket No. 10] |

Pending before the Court is a joint discovery plan. Docket No. 10. Counsel are advised that the signature block for judicial approval cannot start on a new page. Local Rule IA 6-2; *but see* Docket No. 10 at 5. Counsel are further advised that extension requests are governed by Local Rule 26-3, not Local Rule 26-4. *But see* Docket No. 10 at 2. Despite the above deficiencies, the Court approves of the proposed deadlines and **GRANTS** the discovery plan as to the case management schedule. Case management deadlines are **SET** as follows:

- Initial disclosures: July 30, 2025
- Amend pleadings/ add parties: September 23, 2025
- Initial experts: October 23, 2025
- Rebuttal experts: November 24, 2025
- Discovery cutoff: December 22, 2025
- Dispositive motions: January 21, 2026
- Joint proposed pretrial order: February 20, 2026, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: July 14, 2025

                                                  Nancy J. Koppe<br>
                                                United States Magistrate Judge