Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile:   702.862.8811
athompson@littler.com
asclark@littler.com

Attorneys for Defendant
HILTON RESORTS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA REBECCA SALAZAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS CENTRALIZED SERVICES COMPANY dba DIAMOND RESORTS INTERNATIONAL, a Delaware corporation; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01060-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND**<br><br>**(FIRST REQUEST)**<br><br>[ECF Nos. 14, 15] |

Plaintiff Diana Rebecca Salazar and Defendant Real Party in Interest Hilton Resorts Corporation (identified in the Complaint as Diamond Resorts Centralized Services Company dba Diamond Resorts International) hereby agree and stipulate to extend the time for Hilton to file its response to Plaintiff's Motion to Remand (ECF No. 9) from the current deadline of July 25, 2025, up to and including **August 8, 2025**. The parties further agree and stipulate to extend the time for Plaintiff to file a Reply in Support of her Motion to Remand up to and including **August 22, 2025**.

Good cause exists to extend the briefing schedule, given that the additional requested time is needed to accommodate the schedules of defense counsel, who will be conducting class

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

depositions in an unrelated matter in addition to their respective workloads and other deadlines. Moreover, this request will provide sufficient time for the parties to adequately assess the relevant arguments in the motion and response and to prepare their respective responses. This is the first request for an extension of time to respond to Plaintiff's Motion to Remand. This request is made in good faith and not for the purpose of delay.

The parties acknowledge that this requested update to the briefing schedule on Plaintiff's Motion to Remand will affect the hearing on that motion, which is currently scheduled on August 12, 2025, at 1:30 (ECF No. 11). For that reason, the parties have also stipulated to continue the hearing on Plaintiff's Motion to Remand to a date and time convenient for the Court during the week of September 1s, 2025, or thereafter. The parties' stipulation and proposed order to continue the hearing will be filed together with this stipulation.

Dated: July 22, 2025

/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
DIANA REBECCA SALAZAR

Dated: July 22, 2025

/s/ Andrew S. Clark
Amy L. Thompson, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

### Order

IT IS HEREBY ORDERED that, based on the parties' stipulations [ECF Nos. 14 & 15] and with good cause appearing, **defendant's response to plaintiff's motion to remand [ECF No. 9] is now due on August 8, 2025. Plaintiff's reply is due on August 22, 2025.**

The hearing currently set for August 12, 2025, is **CONTINUED on September 8, 2025, at 2:30 p.m. in LV Courtroom 6D before Judge Jennifer A. Dorsey.** This hearing will be conducted in person.

_____
UNITED STATES DISTRICT JUDGE
July 23, 2025

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

4929-1082-5047

2