Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile:   702.862.8811
athompson@littler.com
asclark@littler.com

Attorneys for Defendant
HILTON RESORTS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA REBECCA SALAZAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS CENTRALIZED SERVICES COMPANY dba DIAMOND RESORTS INTERNATIONAL, a Delaware corporation; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01060-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION TO REMAND**<br><br>**(SECOND REQUEST)** |

Plaintiff Diana Rebecca Salazar and Defendant Real Party in Interest Hilton Resorts Corporation (identified in the Complaint as Diamond Resorts Centralized Services Company dba Diamond Resorts International) hereby agree and stipulate to extend the time for Hilton to file its response to Plaintiff's Motion to Remand (ECF No. 9) from the current deadline of August 8, 2025, up to and including **August 15, 2025**.  The parties further agree and stipulate to extend the time for Plaintiff to file a Reply in Support of her Motion to Remand up to and including **August 29, 2025**.

Good cause exists to extend the briefing schedule, given that the additional requested time

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

1  is needed to accommodate the schedules of defense counsel, who has been in the process of

2  conducting class depositions in an unrelated matter, which now extend past the current deadline to

3  respond to Plaintiff's pending motion, in addition to counsels' respective workloads and other

4  deadlines.  Moreover, this request will provide sufficient time for the parties to adequately assess

5  the relevant arguments in the motion and response and to prepare their respective responses.  This

6  is the second request for an extension of time to respond to Plaintiff's Motion to Remand.  This

7  request is made in good faith and not for the purpose of delay.

8          The parties do not anticipate this requested update to the briefing schedule on Plaintiff's

9  Motion to Remand to affect the hearing on that motion, which is currently scheduled on September

10  8, 2025, at 2:30 P.M.

11

12  Dated: August 6, 2025                              Dated:  August 6, 2025

13  /s/ Marian L. Massey                               /s/ Andrew S. Clark
    Jemma E. Dunn, Esq.                                Amy L. Thompson, Esq.
14  Matthew T. Hale, Esq.                              Andrew S. Clark, Esq.
    Marian L. Massey, Esq.                             LITTLER MENDELSON, P.C.
15  GREENBERG GROSS LLP
                                                       Attorneys for Defendant
16  Attorneys for Plaintiff
    DIANA REBECCA SALAZAR
17

18          **IT IS SO ORDERED.**

19
    Dated:  August 8, 2025
20

21                                                     _____
                                                       UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

2

4923-9165-6283