Amy L. Thompson, Esq.
Nevada Bar No. 11907
Andrew S. Clark, Esq.
Nevada Bar No. 14854
LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile:   702.862.8811
athompson@littler.com
asclark@littler.com

Attorneys for Defendant
HILTON RESORTS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA REBECCA SALAZAR, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RESORTS CENTRALIZED SERVICES COMPANY dba DIAMOND RESORTS INTERNATIONAL, a Delaware corporation; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01060-JAD-NJK<br><br>**STIPULATION AND ORDER TO REMAND**<br><br><br>ECF Nos. 9. 19 |

Plaintiff Diana Rebecca Salazar and Defendant Real Party in Interest Hilton Resorts Corporation (identified in the Complaint as Diamond Resorts Centralized Services Company dba Diamond Resorts International) hereby agree and stipulate that this case be remanded to State Court and that the hearing scheduled on September 8, 2025, be vacated.  The parties further stipulate and agree that any subsequent petition for removal in this matter will constitute a successive petition for removal and be subject to the applicable legal standard.  In light of the parties' stipulation to remand, they jointly request that the Court vacate the hearing on Plaintiff's

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

Motion to Remand, which is currently scheduled September 8, 2025, at 2:30 P.M.

Dated: August 14, 2025

/s/ Marian L. Massey
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
Marian L. Massey, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
DIANA REBECCA SALAZAR

Dated: August 14, 2025

/s/ Andrew S. Clark
Amy L. Thompson, Esq.
Andrew S. Clark, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant

## ORDER

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that **THIS CASE IS REMANDED** back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-25-917886-C. The pending motion to remand **[ECF No. 9] is DENIED** as moot, and the hearing on it is VACATED. The **Clerk of Court** is directed to **CLOSE THIS CASE**, which returns to state court with no motions pending.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 18, 2025

LITTLER MENDELSON, P.C.
8474 Rozita Lee Ave
Suite 200
Las Vegas, Nevada
89113.4770
702.862.8800

2